DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMION N. RICHARDSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2671

[November 2, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502011CF002358A.

Damion N. Richardson, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***